# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2021

159262

DEERHURST CONDOMINIUM OWNERS
ASSOCIATION, INC., and WOODVIEW
CONDOMINIUM ASSOCIATION, Individually
and as Representatives of a Class of Similarly
Situated Persons and Entities,
         Plaintiffs-Appellants,

v

CITY OF WESTLAND,
         Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC:  159262
COA:  339143
Wayne CC:  15-006473-CZ

By order of September 8, 2020, the application for leave to appeal the January 29, 2019 judgment of the Court of Appeals was held in abeyance pending the decision in *DAART v City of Detroit* (Docket No. 158852).  On order of the Court, the case having been decided on December 11, 2020, 506 Mich 996 (2020), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021



b0628

Clerk